UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Randy Sanchez,

                Plaintiff,                                        JUDGMENT

       v.                                                        23-cv-2050 (OEM)

2791 Broadway Restaurant Groupe, LLC

                Defendant.
------------------------------------------------------------ X

       An Order of Honorable Orelia E. Merchant, United States District Judge, having been filed on September 13, 2023, dismissing this case without prejudice for failure to prosecute; it is

       ORDERED and ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, NY                                               Brenna B. Mahoney
       September 14, 2023                                   Clerk of Court

                                                                       By: */s/Jalitza Poveda*
                                                                           Deputy Clerk